FILED
2/14/18 11:25 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
|  |  |  |
|---|---|---|
| David L. Thornhill | ) | |
| Gwendolyn A. Thornhill, | ) | |
| *Debtors* | ) | Case No. 18-20322-TPA |
|  | ) | Chapter 7 |
| David L. Thornhill | ) | |
| Gwendolyn A. Thornhill, | ) | |
| *Movant* | ) | Document No. 7 |
|  | ) | |
| No Respondents | ) | |

### ORDER OF COURT

AND NOW, to wit, this __14th__ day of __February__, 2018, it is hereby ORDERED, ADJUDGED and DECREED, that the debtor, David & Gwendolyn Thornhill are hereby granted an extension until February 27, 2018 to file a completed Chapter 7 petition. No further extensions will be granted.

FURTHER ORDERED:

_____
Honorable Thomas P. Agresti**jm**
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
David L. Thornhill  
Gwendolyn A. Thornhill  
    Debtors

Case No. 18-20322-TPA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: dkam        Page 1 of 1        Date Rcvd: Feb 14, 2018  
                      Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2018.  
db/jdb       +David L. Thornhill,   Gwendolyn A. Thornhill,   6279 Old William Penn Highway,   Export, PA 15632-2519

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2018 at the address(es) listed below:  
        James Warmbrodt   on behalf of Creditor   The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-8 bkgroup@kmllawgroup.com  
        Kenneth M. Steinberg   on behalf of Debtor David L. Thornhill julie.steidl@steidl-steinberg.com, kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com  
        Kenneth M. Steinberg   on behalf of Joint Debtor Gwendolyn A. Thornhill julie.steidl@steidl-steinberg.com, kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com  
        Lisa M. Swope   lms@nsslawfirm.com, klw@nsslawfirm.com;pa73@ecfcbis.com;mmh@nsslawfirm.com  
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
                                                                                                          TOTAL: 5